UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NADEZHDA KAZANTSEVA, | Case No. C08-206-JPD |
| Plaintiff, | |
| v. | |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS |
| Defendant. | |

Plaintiff's application to proceed *in forma pauperis* (Dkt. No. 1) is GRANTED. Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

(1) The Clerk is directed to send a copy of this Order to plaintiff and/or plaintiff's counsel, and to issue summonses to plaintiff's and/or plaintiff's counsel to enable proper service of the complaint on the appropriate parties. **Plaintiff shall note that it is plaintiff's or plaintiff's attorney's responsibility to serve copies of the complaint properly along with appropriate summonses as required by Rule 4 of the Federal Rules of Civil Procedure**.

(2) The Clerk is directed to send to plaintiff and/or plaintiff's counsel a copy of the Notice of Initial Assignment and Consent to Proceed before a United States Magistrate Judge.

DATED this 14th day of February, 2008.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge